IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GEORGE RAY MECHE,
    Plaintiff,

v.                                            Civil No. 3:22cv733 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

    Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his detention in a state facility, in which he stated: "I do not know what to do." (ECF No. 1, at 1 (corrected for spelling and capitalization).) By Memorandum Order entered on December 9, 2022, the Court explained that it may not provide advice to litigants. However, at that time, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(b).

    More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form or otherwise communicated with the Court. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

    Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

    An appropriate Final Order shall issue.

                                                                           /s/
                                                               David J. Novak

Richmond, Virginia                                           United States District Judge
Dated: February 9, 2023